AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| YAMARIS QUILES | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  20cv25100 |
| CARRFOUR SUPPORTIVE HOUSING, INC | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CARRFOUR SUPPORTIVE HOUSING, INC
C/O BERMAN, STEPHANIE
1398 SW 1ST STREET
12TH FLOOR
MIAMI, FL 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DEREK SMITH LAW GROUP, PLLC
> C/O TIFFANI-RUTH I. BROOKS, ESQ.
> 701 BRICKELL AVENUE,
> SUITE #1310
> MIAMI, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Dec 16, 2020

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court